GEOFFREY E. WIGGS (SBN 276041)
THE LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| In re: | Case No. 23-30847 |
| **EVGENIYA VALIEVA PERKINS**, | Chapter 7 |
| Debtor. | **DECLARATION REGARDING PAY ADVICES** |

I, <u>Evgeniya Valieva Perkins,</u> debtor in the above-captioned matter, declare under penalty of perjury under the laws of the United States that the following statements are true:

1. I am the Debtor in the above-captioned bankruptcy case. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify to the truth thereof.

2. I do not have pay advices for the 60 days before my petition date because I am unemployed.

oo0oo

Dated:  12 / 15 / 2023

_____
Evgeniya Valieva Perkins

- 1 –

DECLARATION REGARDING
PAY ADVICES                                                                                           CASE # 23-30847